United States District Court
Southern District of Texas
**ENTERED**
April 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J.B. BLACK, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv0028 |
| NEWREZ, LLC, ET AL., *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 28, 2024, (Dkt. 48) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

The court will issue a separate Final Judgment.

**SIGNED** at Houston, Texas this 24th day of April, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE